UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON DAVIS,

                Petitioner,

    v.

PATRICK GLEBE,

                Respondent.

Case No. C15-699-RSL

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. 8) is DENIED.

    (3)    Petitioner's petition and this action are DISMISSED with prejudice.

    (4)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

1   (5)   The Clerk is directed to send copies of this Order to petitioner, to counsel for
2 respondent, and to the Honorable James P. Donohue.
3   DATED this 24th day of June, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2